# Court of Appeals
# of the State of Georgia

ATLANTA,  April 03, 2025

*The Court of Appeals hereby passes the following order:*

A25A1437. SHAYLA PRATCHER v. MNF III WI, LLC.

MNF III WI, LLC ("MNF") filed a petition against Shayla Pratcher in magistrate court, seeking back rent and a writ of possession for premises it had leased to Pratcher. Following a hearing on the petition, the magistrate court entered a consent judgment reflecting the parties' agreement that Pratcher would pay the amounts of back rent due under the lease in four separate installments. The judgment further provided that if Pratcher failed to make the required payments, an immediate writ of possession would issue in favor of MNF.

After Pratcher failed to make the first payment due under the consent judgment, MNF moved for a writ of possession. The magistrate court granted that motion, and Pratcher filed an appeal to the superior court. MNF moved to dismiss the appeal and for an immediate writ of possession. The trial court granted MNF's motion, and Pratcher filed a motion for reconsideration, as well as an emergency motion to stay the writ of possession. After the trial court denied both of her motions, Pratcher filed this direct appeal. We lack jurisdiction.

An appeal from a superior court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, requires dismissal of the appeal for lack of jurisdiction). Pratcher's failure to follow

the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/03/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*